# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

DIANA L. SMITH,

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

    Defendant.

## NOTICE OF REMOVAL

Defendant, American National Property and Casualty Company, by and through its attorney of record, Kresl & Singer, P.C., pursuant to 28 U.S.C. § 1446(a) and (b), hereby files with the Court this Notice of Removal in the above-captioned case. In support thereof, defendant states as follows:

    1.    This action was originally commenced in the District Court, Mesa County, State of Colorado, Case No. 2018CV30264, on or about May 30, 2018, by the filing of plaintiff's Complaint and Jury Demand. Plaintiff's allegations arose out of a car accident that occurred on or about January 20, 2016 at or near 30 1/3 Road at D 1/2 Road in Grand Junction, Colorado, and the subsequent claim for underinsured motorist insurance coverage by plaintiff from American National Property and Casualty Company.

2. The Complaint was served on defendant by Waiver of Service on June 12, 2018.

3. The Smith Complaint initiated a civil action in which plaintiff and defendant are citizens of different states: Colorado and Missouri. This Court possesses original jurisdiction in this case pursuant to 28 U.S.C. § 1332(a). Therefore, removal to this Court is proper pursuant to 28 U.S.C. § 1441(b).

4. The sum sought by plaintiff exceeds the jurisdictional requirements of 28 U.S.C. § 1332(a).

5. This Notice of Removal is consistent with the provisions of 28 U.S.C. § 1446(b), which provides:

> The notice of removal in a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed with the court and is not required to be served on the defendant, whichever period is shorter.

This Notice of Removal is filed within 30 days of receipt of the initial pleading and waiver of service of process.

6. Attached as follows are the documents filed to date in Mesa County District Court:

    **EXHIBIT A**: Complaint and Jury Demand filed May 30, 2018;

    **EXHIBIT B**: Summons filed May 30, 2018;

    **EXHIBIT C**: Civil Case Cover Sheet filed May 30, 2018

      **EXHIBIT D**:  Notice to Elect Exclusion from C.R.C.P. 16.1 Simplified Procedure filed June 1, 2018

      **EXHIBIT E**:  Register of Actions

7. A copy of this notice of removal has been filed with the Clerk of the District Court, Mesa County, and a written notice of filing has been given to all adverse parties hereto, as set forth in the certificate of service below.

Respectfully submitted this 12th day of June, 2018.

      */s/ Patrick A. Singer*
      Patrick A. Singer, 39738
      Kari M. Loomer, 51186
      Kresl & Singer, P.C.
      130 Rampart Way, Ste. 200
      Denver, CO 80230
      Phone: (303) 336-2100
      Fax: (303) 388-1749
      Email: psinger@kreslsinger.com
             kloomer@kreslsinger.com
      *Attorneys for Defendant, American National Property and Casualty Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of June, 2018, a true and correct copy of the foregoing was filed via CM/ECF and electronically transmitted to the following by email:

Chadwick P. McGrady, 34719
Law Office of Chadwick McGrady, P.C.
417 Monument Road, Suite 6
Grand Junction, Colorado 81507
Telephone: (970) 644-5599
Email: chad@chadwickmcgrady.com
*Attorney for Plaintiff*

                                        */s/ Patrick A. Singer*
                                        Patrick A. Singer